■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICKI CHRISTODOULOU, Appellant. [665 NYS2d 586] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Beldock, J.), rendered February 14, 1995, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed, with costs.

The defendant's contention that the court improperly marshalled the evidence is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Barren,* 240 AD2d 586). In any event, the trial court marshalled the evidence in a fair and even-handed manner and its failure to explain all of the contentions of both parties did not deprive the defendant of a fair trial (*see, People v Barren, supra; People v Dickman,* 223 AD2d 524; *People v McNeil,* 228 AD2d 620).

The defendant's remaining contentions are without merit (*see, e.g., People v Suitte,* 90 AD2d 80). Bracken, J. P., Sullivan, Santucci and Luciano, JJ., concur.